**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In the Matter of Z.E.K.B.L. AKA Z.L., A.S.L. AKA A.L., S.E.L., and
                         S.Z.L., Children

Appellate case number:   01-11-01097-CV

Trial court case number: 2011-18283

Trial court:             309th District Court of Harris County

Date motion filed:       August 13, 2012

Party filing motion:     Appellant


It is ordered that the motion for rehearing is **denied.**


Judge's signature:  /s/ Terry Jennings
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Massengale


Date:  September 25, 2012